UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS CAMPOS,<br><br>    Plaintiff,<br><br>v.<br><br>TRICOLOR HOLDINGS, LLC et al.,<br><br>    Defendants. | Case No. 2:25-cv-05410-SB-RAO<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

    The Court set a mandatory scheduling conference (MSC) in this case for July 25, 2025, requiring lead counsel for each party to appear. Eugene Ryu is listed as lead counsel for the defense. Defendants failed to appear in violation of the Court's Standing Order.

    Defendants are therefore ordered to show cause, in person, on August 1, 2025, at 8:30 a.m. in Courtroom 6C why they and their counsel should not be sanctioned under Federal Rule of Civil Procedure 16(f). *See* Fed. R. Civ. P. 16(f) (permitting sanctions where a party "fails to obey a scheduling or other pretrial order"). Defendants shall file a written response to the order to show cause (OSC) no later than 12 p.m. on July 30, 2025. In the written response to the OSC, counsel shall state whether he has ever been sanctioned by any court or agency or been the subject of an OSC for failing to follow any court rule or order.

    The parties shall meet and confer about the amount of attorney's fees caused by Defendants' failure to appear. If there is any dispute as to the amount of fees incurred, the parties shall file a joint statement providing their respective positions by 12 p.m. on July 30, 2025. The Court will consider sanctioning defense counsel in the amount of reasonable attorney's fees incurred by plaintiff's counsel when evaluating the OSC response.

Date: July 25, 2025

                                                      Stanley Blumenfeld, Jr.
                                                  United States District Judge