Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Sean M. Blakely (SBN 264384)
sblakely@haineslawgroup.com
Liam A. Hall (SBN 358204)
lhall@haineslawgroup.com
**HAINES LAW GROUP, APC**
2155 Campus Drive, Suite 180
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiff

EUGENE RYU, Bar No. 209104
Gene.Ryu@klgates.com
CARTER L. NORFLEET, Bar No. 318152
Carter.Norfleet@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone:  310.552.5000
Fax No.:    310.552.5001

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS CAMPOS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRICOLOR HOLDINGS, LLC, a Delaware limited liability company; TRICOLOR CALIFORNIA AUTO GROUP, LLC d.b.a. GANAS AUTO, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-05410-SB-RAO<br><br>*[Assigned to the Honorable Stanley Blumenfeld, Jr.]*<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS CLASS ACTION CLAIMS WITHOUT PREJUDICE AND STAY ALL CIVIL PROCEEDINGS PENDING ARBITRATION**<br><br>Original Complaint: March 19, 2025<br>Answer:   June 12, 2025<br>Removal: June 13, 2025<br>Trial (Proposed): January 4, 2027 |

1

STIPULATION TO DISMISS CLASS ACTION CLAIMS WITHOUT
PREJUDICE AND STAY PENDING ARBITRATION

Plaintiff JOSE LUIS CAMPOS, as an individual, and on behalf of all others similarly situated/in his representative capacity, and Defendant TRICOLOR HOLDINGS, LLC and Defendant TRICOLOR CALIFORNIA AUTO GROUP, LLC d.b.a. GANAS AUTO (hereinafter referred to collectively as "Defendants") by and through their counsel of record (hereinafter collectively "the Parties") hereby submit this Stipulation to Dismiss Class Action Claims Without Prejudice and Stay All Civil Proceedings Pending Arbitration:

WHEREAS, on March 19, 2025, Plaintiff filed a Class Action Complaint against Tricolor and various Doe defendants in Los Angeles County Superior Court: *Jose Luis Campos, as an individual and on behalf of all others similarly situated, v. Tricolor Holdings, LLC., a Delaware limited liability company; Tricolor California Auto Group, LLC d.b.a Ganas Auto, a Delaware limited liability company; and DOES 1 through 100, inclusive*, Case No. 25STCV07938 (hereinafter, the "Complaint");

WHEREAS, on May 27, 2025, Plaintiff filed a First Amended Class and Representative Action Complaint (hereinafter, the "FAC");

WHEREAS, the FAC filed in the State Court Action alleges the following causes of action: (1) failure to pay all overtime wages (Cal. Lab. Code §§ 204, 510, 1194, and 1109); (2) minimum wage violations (Cal. Lab. Code §§ 1182.12, 1194, 1194.2, and 1197); (3) meal period violations (Cal. Lab. Code §§ 226.7, 512, and 558); (4) rest period violations (Cal. Lab. Code §§ 226.7, 516, and 558); (5) wage statement violations (Cal. Lab. Code §§ 226, *et seq.*); (6) waiting time penalties (Cal. Lab. Code §§ 201-203); (7) failure to reimburse employees for necessary business expenditures (Cal. Lab. Code §§ 2802 and 2804), (8) unfair competition (Cal. Bus. & Prof. Code §§ 17200, *et seq.*); (9) breach of contract (Cal. Code of Civ. Proc. § 337); and (10) civil penalties under the Private Attorneys General Act ("PAGA") (Cal. Lab. Code. § 2698 *et seq.* Additionally, Plaintiff seeks attorneys' fees and various other penalties under the California Labor Code;

WHEREAS, Defendants removed this case to the United States District Court for the Central District of California on June 13, 2025;

WHEREAS, Plaintiff has not challenged the Central District's jurisdiction over this matter to date, however, Plaintiff reserves all rights to challenge this Court's jurisdiction as Defendants' sole basis for removal of this Action to this Court was pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), and the class claims are now being dismissed without prejudice;

WHEREAS, Plaintiff entered a binding individual arbitration agreement at the outset of his employment with Defendants;

WHEREAS, pursuant to the binding Arbitration Agreement entered into by Plaintiff at the outset of his employment, the Parties agree that Plaintiff's class claims shall be dismissed in their entirety without prejudice and that his individual claims, including his individual PAGA claim, shall proceed in final and binding arbitration;

WHEREAS, after meeting and conferring, the Parties have agreed to stay the representative PAGA claims in this Court, pending completion and/or resolution of arbitration.

NOW THEREFORE, the Parties Stipulate and agree as follows:

1. Plaintiff's class claims are dismissed in their entirety without prejudice;

2. Plaintiff's individual PAGA claim (and any and all individual claims) will be submitted to final and binding arbitration pursuant to the Parties' arbitration agreement;

/ / /
/ / /
/ / /
/ / /

3. All civil proceedings related to Plaintiff's representative PAGA claim will be stayed pending the completion of arbitration or until arbitration of Plaintiff's individual claims are otherwise resolved and concluded;

**IT IS SO STIPULATED.**

Dated: July 30, 2025

By: */s/ Sean M. Blakely*
Paul K. Haines
Sean M. Blakely
Liam A. Hall
Haines Law Group, APC
Attorneys for PLAINTIFF

Dated: July 30, 2025

By: */s/ Carter L. Norfleet*
EUGENE RYU
CARTER L. NORFLEET
K&L GATES LLP
Attorneys for Defendants

## Attestation of Signatures

I, Carter L. Norfleet, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 30, 2025

By: */s/ Carter L. Norfleet*
CARTER L. NORFLEET
K&L GATES LLP
Attorneys for Defendants